```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/16/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DISTRICT COUNCIL NO. 9 INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES A.F.L.-C.I.O,

       Petitioner,

-against-

FUTURE SHOCK ARCHITECTURAL METALS & GLASS CORP.,

       Respondent.

---

24-CV-00542 (MMG)

**NOTICE OF REASSIGNMENT & SCHEDULING ORDER**

MARGARET M. GARNETT, United States District Judge:

  This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

  On January 25, 2024, Petitioner filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials with which they intend to support their petition to confirm by **March 7, 2024**. Respondent's opposition, if any, is due on **March 28, 2024**. Petitioner's reply, if any, is due **April 4, 2024**.

  Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **March 7, 2024**, and shall file an affidavit of such service with the Court no later than **March 8, 2024**.

Dated: February 16, 2024
   New York, New York

                   SO ORDERED.

                   _____
                   MARGARET M. GARNETT
                   United States District Judge