USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| DISTRICT COUNCIL NO. 9 INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, A.F.L.-C.I.O.,<br><br>Petitioner,<br><br>-against-<br><br>Future Shock Architectural Metals & Glass Corp.,<br><br>Respondent. | Case No.: 24-CV-00542-MMG<br><br>**JUDGMENT** |

---

This action having been commenced on January 25, 2024 by the filing of the Summons and Petition [ECF Nos. 1-4], and a copy of the Summons and Petition having been served on the Respondent, Future Shock Architectural Metals & Glass Corp. on February 14, 2024 via Secretary of State, and said Proof of Service having been filed with the Clerk of the Court on February 21, 2024 [ECF No. 8], and the Respondent not having appeared, answered or otherwise moved with respect to the Petition within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the Petitioner have judgment against the Respondent in the liquidated amount of $18,715.05, which includes the following: fines and liquidated damages due pursuant to the October 10, 2023 Decision and Award in the sum of $15,503.05; attorneys' fees in the sum of $2,700.00; and court costs and disbursements in the sum of $512.00.

ORDERED, that the Judgment rendered by the court on this day in favor of the Petitioner be entered as a final judgment against the Respondent and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: New York, New York
April 22, 2024

So Ordered:

_____
Honorable Margaret M. Garnett, U.S.D.J.

.